# IN THE SUPREME COURT OF THE STATE OF NEVADA

HYOUNGSOO YOON,
                              Appellant,
          vs.
THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
KATIE JOHNSON; NOW J. THOMAS
SUSICH, IN HIS CAPACITY AS
CHAIRPERSON OF THE
EMPLOYEMENT SECURITY DIVISION
BOARD OF REVIEW; AND OPENSOFT,
INC., AS EMPLOYER,
                              Respondents.

No. 76889

FILED

MAR 21 2019


ELIZABETH A. ___
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a petition for judicial review. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On September 10, 2018, the clerk of this court issued a notice directing appellant to file and serve, by January 8, 2019, either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32; or (2) the an informal brief for pro se parties. Appellant failed to comply. Accordingly, on February 6, 2019, this court entered an order directing appellant to file and serve, by February 21, 2019, either an opening brief in compliance with NRAP 28(a) and NRAP 32, or an informal brief for pro se parties.[1] The order cautioned that failure to comply could result in the

---

[1]A copy of this order is attached.

dismissal of this appeal as abandoned. To date, appellant has failed to comply or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Susan Johnson, District Judge
Hyoungsoo Yoon
State of Nevada/DETR
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HYOUNGSOO YOON,
               Appellant,

vs.

THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
KATIE JOHNSON; NOW J. THOMAS
SUSICH, IN HIS CAPACITY AS
CHAIRPERSON OF THE
EMPLOYEMENT SECURITY DIVISION
BOARD OF REVIEW; AND OPENSOFT,
INC., AS EMPLOYER,
               Respondents.

No. 76889

FILED

FEB 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER TO FILE DOCUMENT*

On September 10, 2018, the clerk of this court issued a notice directing appellant to file and serve, by January 8, 2019, either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32; or (2) the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk. To date, appellant has failed to file the required document.

Appellant shall have 15 days from the date of this order to file and serve either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32; or (2) an informal brief for pro se parties on the form provided by the clerk. Failure to comply with this order may result in the dismissal of this appeal as abandoned.

It is so ORDERED.

_____, C.J.

cc: Hyoungsoo Yoon
State of Nevada/DETR